U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2021 JUL 13 PM 1:48

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| Tina Gray-Rand, Michael Hammond, William Royals, Taylor Cook, *et al.,* on behalf of themselves and all others similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> Vermont Agency of Human Services, Michael Smith, Secretary of the Agency of Human Services, and Sean Brown, Commissioner of the Department for Children and Families, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:21-cv-00178-cr |

Restraining CR

## STIPULATED EXTENDED TEMPORARY ORDER

Pursuant to the Stipulated Temporary Order dated June 30, 2021 (Doc. #4), this action was suspended through July 15, 2021. The parties hereby stipulate and agree to extend the Temporary Order as follows:

1. Participants in the General Assistance Emergency Housing Program

    a. Participants in GA as of June 30, 2021, will be offered the option to elect either (1) the $2500 one-time essential payment or (2) the opportunity to remain in GA emergency housing and self-attest that the participant has a disability and should be eligible for continued assistance.

    b. Participants who self-attested to having a disability under the grounds set forth in paragraph 1.a, above, will be entitled to GA emergency housing until July 26, 2021. During that period, the participant may provide documentation from a healthcare provider of their status as a person with a disability. The Defendants shall promptly review the participants' eligibility for GA pursuant to the June 1, 2021 Emergency Housing Waiver and Variance of Rules or such other terms negotiated by the parties.

    c. If the participant is subsequently determined by Defendants not to have a disability as defined in the June 1, 2021 Emergency Housing Waiver and Variance of Rules, they will be given prompt notice of that determination and the

opportunity for a fair hearing before termination. Participants shall be eligible for the $2500 essential payment upon termination of GA emergency housing on the election of the participant during the period this stipulation is in effect or after the determination by the Defendants.

2. The parties agree that this action shall be suspended through July 21, 2021. This order shall remain in effect until the Court rules on the Motion for a Temporary Restraining Order. No party shall file for *ex parte* relief during the pendency of this order.

3. Plaintiffs continue to dispute the definition of disability in the June 1, 2021 Emergency Housing Waiver and Variance of Rules and the legal validity of the eligibility criteria. Plaintiffs do not waive any claims in the pending litigation.

SO ORDERED.

_____  7/13/21
Hon. Christina Reiss, District Judge
United States District Court

Stipulated and Agreed:

/s/ *Jessica Radbord*                                          /s/ Rachel Smith
Jessica Radbord, Esq.                                        Rachel E. Smith, Esq.
Vermont Legal Aid, Inc.                                      Office of the Attorney General
Attorney for the Plaintiffs                                   Attorney for the Defendants