UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 JUL 28  AM 10: 42

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| TINA GRAY-RAND, MICHAEL HAMMOND, WILLIAM ROYALS, TAYLOR COOK, and others similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>VERMONT AGENCY OF HUMAN SERVICES, MICHAEL SMITH, Secretary of the Agency of Human Services, *and* SEAN BROWN, Commissioner of the Department for Children and Families,<br>    *Defendants*. | Civil Action No. 2:21-cv-178 |

## JOINT BRIEFING SCHEDULE AND ORDER

The parties jointly propose the following briefing deadlines in the above-captioned action.

### Defendants' Motion to Dismiss:

- Plaintiffs' Opposition to Defendants' Motion to Dismiss due August 13, 2021

- Defendants' Reply due August 27, 2021

### Plaintiffs' Motion for Class Certification:

- Plaintiffs' Memorandum in Support of Their Motion for Class Certification due August 3, 2021

- Defendants' Opposition due August 13, 2021

- Plaintiffs' Reply due August 27

## Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction

- Plaintiffs' Reply due July 30

SO ORDERED.

*[signature]*

Hon. Christina Reiss, District Judge
United States District Court


Stipulated and Agreed:

| | |
|---|---|
| /s/ *Jessica Radbord* | /s/ Rachel Smith |
| Jessica Radbord, Esq. | Rachel E. Smith, Esq. |
| Vermont Legal Aid, Inc. | Office of the Attorney General |
| Attorney for the Plaintiffs | Attorney for the Defendants |