UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| TINA GRAY-RAND, MICHAEL HAMMOND, WILLIAM ROYALS, TAYLOR COOK, and others similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>VERMONT AGENCY OF HUMAN SERVICES, MICHAEL SMITH, Secretary of the Agency of Human Services, *and* SEAN BROWN, Commissioner of the Department for Children and Families,<br>    *Defendants*. | Civil Action No. 2:21-cv-178 |

## **STIPULATED DISMISSAL**

Plaintiffs Tina Gray-Rand, Michael Hammond, William Broyles (named in the pleadings as Williams Royals), and Taylor Cook, and Defendants the Vermont Agency of Human Services, Michael Smith in his official capacity as Secretary of the Agency of Human Services, and Sean Brown in his official capacity as Commissioner of the Department for Children and Families, by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice and without costs of the above-captioned action, with court approval pursuant to F.R.C.P. 41(a)(2). In order to resolve this matter without further litigation, the Parties have executed a comprehensive Settlement Agreement, attached as Exhibit 1. The Parties do not intend this Stipulated Dismissal and Settlement Agreement to be or to be construed as, nor shall the Stipulated Dismissal and Settlement Agreement be construed as, a consent decree or consent order.

Stipulated and Agreed:

/s/ Jessica Radbord                                            [signature]

| | |
|---|---|
| Jessica Radbord, Esq.<br>Vermont Legal Aid, Inc.<br>Attorney for the Plaintiffs | Rachel E. Smith, Esq.<br>Office of the Attorney General<br>Attorney for the Defendants |

SO ORDERED.

_____
Hon. Christina Reiss, District Judge
United States District Court