# SETTLEMENT AGREEMENT -- ATTACHMENT B

STIPULATED MODIFICATIONS TO GENERAL ASSISTANCE
EMERGENCY HOUSING PROCEDURES

1. The Department shall revise the General Assistance Emergency Housing Program Procedure for Categorical Eligibility as follows:

- ~~A household that includes a person with a disability, includes someone who receives SSI, SSDI, VA disability benefits, Medicaid for the Aged, Blind and Disabled (MABD), or whose health care professional provides documentation that the individual is unable to work due to a disability for at least three months (when the disability significantly impairs activities of daily living (ADL) or those enrolled, or likely eligible for Choices for Care, Developmental Services, CRT, Brain Injury program, Attendant services, [you may request housing beyond the 84 nights, 30 days at a time, if actively working with a service provider to find permanent housing (See EH-755)].~~

- A household that includes a person with a disability. <u>A person with a disability is:</u>

    1. A person~~, includes someone~~ who receives SSI, SSDI, VA disability benefits, Medicaid for the Aged, Blind and Disabled (MABD); <u>or</u>

    2. A person whose health care professional <u>or counselor from the Division of Vocational Rehabilitation</u> provides documentation that the individual is unable to work <u>more than an average of 20 hours a week over the next three months</u> due to a disability ~~for at least three months~~<u>; or</u>

    3. <u>A person whose health care professional or counselor from the Division of Vocational Rehabilitation provides documentation that the individual was unable to work more than an average of 20 hours a week over the past three months due to a disability.</u>

    <u>[You may request housing beyond the 84 nights, 30 days at a time when a disability significantly impairs activities of daily living (ADL), or you or a household member are enrolled in or likely eligible for Choices for Care, Developmental Services, CRT, Brain Injury program, Attendant services, if you are actively working with a service provider to find permanent housing (See EH-755)]</u>

- Verification required:

    - <u>The GA Housing Disability Verification Form OR a</u> ~~210A, or~~ letter <u>or other documentation (such as a 210A)</u> from a ~~provider~~ <u>health care professional or a Division of Vocational Rehabilitation counselor</u>

- Applicant ~~must be~~ <u>is</u> unable to work <u>more than an average of 20 hours a week over the next three months</u> due to a disability ~~for at least 3 months~~ <u>or was unable to work more than an average of 20 hours a week over the past three months due to a disability</u>

- ~~210A questions 6 (How long do you expect this illness, injury or condition to last?) and 9 (If this individual is unable to work at his or her usual occupation, could he or she work in any other type of employment?) must be completed.~~

- ~~210A forms and other medical~~ documentation of disability from a health care provider ~~are~~ <u>is</u> valid for 90 days from the date ~~they are~~ <u>it is</u> signed. Once the 90-day period ends, request updated verification if the applicant is still eligible for housing.

2. The Department shall revise the General Assistance Emergency Housing Program Procedures to provide for the variance process as added to Rule EH-720. The notice of decision for an applicant or participant who is denied under the disability prong in Rule EH-720 will describe the variance process as added to Rule EH-720.

3. The Department shall revise the General Assistance Emergency Housing Program Procedures to add the following additional provisions:

   a. <u>Right to apply: All persons interested in applying for GA emergency housing shall be granted the opportunity to do so.</u>

   b. <u>Notice of decision: All applicants who are denied will be provided with a written notice of the decision.</u>

   c. <u>The Department may be able to provide assistance in obtaining needed documentation of disability upon request from the applicant and where the applicant has been unable to do so due to their physical, mental, or other difficulties.</u>